UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT LEROY MEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-00257-SEB-DML |
| ) | |
| CAROLYN W. COLVIN, Commissioner of ) the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

# Report and Recommendation to
# <u>Dismiss Complaint with Prejudice</u>

Plaintiff Robert Leroy Mead has failed to prosecute his complaint for judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration.

On April 29, 2015, the court issued its Entry on Briefing Schedule (Dkt. 14) that required Mr. Mead to file within 28 days a brief in support of his complaint. Mr. Mead has not filed a brief. On July 13, 2015, the court issued an Order to Show Cause why Plaintiff's Complaint Should Not Be Dismissed with Prejudice, because of Mr. Mead's failure to comply with the April 29, 2015 order. (Dkt. 14). The court ordered him to show cause no later than August 5, 2015. Mr. Mead did not respond to the show cause order.

Because of Mr. Mead's failures to comply with the court's orders and his failure to prosecute his claims, the Magistrate Judge recommends to the District Judge that his complaint be DISMISSED WITH PREJUDICE.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).  Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

IT IS SO RECOMMENDED.

Dated:  August 13, 2015

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system

Via United States mail:

ROBERT LEROY MEAD
2430 N. Portland Arch Road
Covington, In 47932